UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Abdul Basit Siddiqui, | Case No. 21-cv-0989 (WMW/JFD) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Executive Affiliates, Inc., and Melissa Walker, | |
| Defendants. | |

---

Before the Court is the September 24, 2021 Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty. (Dkt. 17.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R, the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED:**

1. The September 24, 2021 R&R, (Dkt. 17), is **ADOPTED**.

2. Plaintiff Abdul Basit Siddiqui's complaint, (Dkt. 2), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 6, 2021

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge